■ In the Matter of UNTITLED LLC, Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant. [918 NYS2d 91]—

Although petitioner attempted to offer mitigation evidence that respondent did not consider in imposing a $7,000 fine and seven-day suspension, the penalty is warranted in view of petitioner's history, including three prior occasions on which it was similarly found to have served alcohol to underage persons (*see Matter of Cris Place, Inc. v New York State Liq. Auth.*, 56 AD3d 339, 339-340 [2008]). The assessed penalty is not disproportionate to the offense (*see Matter of Monessar v New York State Liq. Auth.*, 266 AD2d 123 [1999]; *3120 Wilkinson Food Corp. v Duffy*, 224 AD2d 296 [1996]), nor does it shock the Court's sense of fairness so as to constitute an abuse of discretion by the administrative agency (*see Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 233 [1974]; *Matter of Norwood Pub v State Liq. Auth.*, 145 AD2d 322, 323 [1988]). Concur—Tom, J.P., Saxe, Friedman, Sweeny and Abdus-Salaam, JJ.